UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BURT DANIELS,<br><br>        Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>        Defendants. | CASE NO. C18-6026 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Plaintiff's complaint is **DISMISSED with prejudice**;

    (3)    Plaintiff's *in forma pauperis* status is **REVOKED** for purposes of appeal; and

    (4)    The Clerk shall enter **JUDGMENT** and close this case.

1 | The Clerk shall send copies of this Order to Magistrate Judge Creatura and to
2 | Plaintiff at Plaintiff's addresses of record, including 1408 East 31st Street, Tacoma,
3 | Washington, 98404.

Dated this 17th day of June, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge